# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| DARREN FUSARO, ET AL, | * | |
| Plaintiff, | * | No. 08-231C |
| v. | * | Filed: July 18, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, | * | |
| * * * * * * | * | |

**ORDER**

The court will hold oral arguments on defendant's Motion to Dismiss on Thursday, July 24, at 10:00 a.m. at the National Courts Building.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge